Rosa Benasutti, as Administratrix, etc., of Louis Benasutti, Deceased, Appellant, v. Henry Mandel Building Co., Inc., and Knickerbocker Fireproofing Company, Respondents.— Motions for reargument denied, with ten dollars costs on each motion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Brooklyn-Manhattan Transit Corporation, Plaintiff, v. The City of New York, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [See ante, p. 745.]

Felberose Holding Corporation, Respondent, v. New York Rapid Transit Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title, etc., to the Real Property Required in Connection with the Elimination of Grade Crossings on the Long Island Railroad through Jamaica, Borough of Queens, City of New York, Said Property Being Designated as Parcels " A," " B ," " C," " D," " E " and " F " on a Map Entitled " State of New York Transit Commission, Map Showing Property to Be Acquired in Connection with the Elimination of Grade Crossings on the Long Island Railroad through Jamaica, Case No. 2652, Wm. C. Lancaster, Chief Engineer, Dated September 7, 1926." The City of New York and The Long Island Railroad Company, Appellants; John R. Carpenter Company, Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [See 243 App. Div. 736; 244 id. 741.] On reargument, the motion for leave to appeal to the Court of Appeals is granted. Questions to be certified. Present — Lazansky, P. J., Young, Carswell and Johnston, JJ.; Davis, J., not voting. [See 243 App. Div. 736.] Settle order on notice.

In the Matter of Supplementary Proceedings: Consumer's Poultry Dealers Corporation, Judgment Creditor, Respondent, v. Podberesky Bros., Inc., Judgment Debtor, Appellant.— Motion for modification or resettlement of order dated April 25, 1935, denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.